**Severino RIVAC and Warlita Rivac, Plaintiffs–Appellants,**

v.

**NDEX WEST, LLC; et al., Defendants–Appellees.**

No. 14-15194

United States Court of Appeals, Ninth Circuit.

Filed October 06, 2016 *

Megan Dailey, Attorney, Law Ofc of Megan Dailey, Richmond, CA, Michael James Yesk, Esquire, Attorney, Yesk Law, Pleasant Hill, CA, for Plaintiffs–Appellants

Joseph James Poppen, Attorney, Bryan Cave LLP, San Francisco, CA, Daniel T. Rockey, Holme Roberts & Owen LLP, San Francisco, CA, for Defendants–Appellees

Before: THOMAS, Chief Judge, and SCHROEDER and NGUYEN, Circuit Judges.

MEMORANDUM **

Severino and Warlita Rivac appeal the dismissal of their action. The district court issued its decision prior to the California Supreme Court's decision in *Yvanova v. New Century Mortgage Corp.*, 62 Cal.4th 919, 199 Cal.Rptr.3d 66, 365 P.3d 845 (2016), which held that a borrower had standing to bring a wrongful foreclosure action against the foreclosing party on the grounds that the assignment of the promissory note and deed of trust to the foreclosing party was void. In view of this subsequent California authority, we remand to the district court to reconsider its holding in light of *Yvanova*. We express no opinion as to the outcome of that inquiry.

**REMANDED.**

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.